IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. CR 06 112 T |
| v. | ) | In Violation of |
| | ) | 18 U.S.C. § 2113(a) |
| VINCENT J. RAMPONE, JR. | ) | |

**INDICTMENT**

COUNT I

The Grand Jury charges:

On or about July 22, 2006, in the District of Rhode Island, the Defendant, VINCENT J. RAMPONE, JR., by intimidation, took from the person and presence of another money, namely approximately $2,599.00 (two thousand, five hundred, and ninety-nine dollars), belonging to and in the care, custody, control, management, and possession of Pawtucket Credit Union, a credit union whose deposits were then insured by the National Credit Union Administration.

All in violation of 18 U.S.C. § 2113(a).

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
United States Attorney

James H. Leavey

JAMES H. LEAVEY
Assistant U.S. Attorney

LUIS M. MATOS
Assistant U.S. Attorney
Chief, Criminal Division

DATE: October 18, 2006