AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

United States of America

v.

Vincent J. Rampone, Jr.

APPEARANCE

CASE NUMBER: 06-CR-112T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Vincent J. Rampone, Jr.

I certify that I am admitted to practice in this court.

11-20-06
*Date*

[signature]
*Signature*

Kevin J. Fitzgerald 5775
*Print Name* *Bar Number*

10 Weybosset Street Suite 300
*Address*

Providence RI 02903
*City* *State* *Zip Code*

401-528-4281 401-528-4285
*Phone Number* *Fax Number*

his form was electronically produced by John Eichelis and Richard Jones using Omniform Internet Publisher.