UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR06-112T |
| | ) | |
| VINCENT RAMPONE | ) | |

---

MOTION FOR SENTENCE CONSIDERATION

Now comes Vincent Rampone, the Defendant in the above captioned matter, and moves this Honorable Court, pursuant to Local Rule of Criminal Procedure 32 (2006), to consider and impose a sentence that is sufficient, but not greater than necessary, in compliance with18 U.S.C. § 3553(a). Mr. Rampone requests the Court consider imposing a sentence below the suggested advisory guideline range, which will be sufficient in this case to satisfy the purposes of sentencing.

Respectfully submitted
Vincent Rampone
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Kristin Mattias, United States Probation Officer, and Zechariah Chafee, Assistant United States Attorney, on April 25, 2007.

/s/ Kevin J. Fitzgerald